STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
ANDREW W. MORITZ (State Bar No. 191889)
A. R. KACHADOORIAN (State Bar No. 240601)
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
lacalendar@stroock.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD B. MCNEARNEY,<br><br>    Plaintiff,<br><br>vs.<br><br>CITICORP CREDIT SERVICES, INC. dba CITIBANK WEST, CITIBANK CARD, CITIGROUP and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. 2:06-cv-00576-WBS-PAN (JFM)<br><br>Assigned to the Hon. John F. Moulds<br><br>**STIPULATION AND [PROPOSED] ORDER RE SCHEDULING** |

## STIPULATION RE SCHEDULING

WHEREAS, this action was removed to the above-captioned Court on March 17, 2006;

WHEREAS, pursuant to a prior stipulation of the parties, Defendants' time to respond to the Complaint was extended to and including April 7, 2006;

WHEREAS, Defendants timely filed a Motion to Dimiss Plaintiff's Complaint (the "Motion") and accompanying Memorandum of Points and Authorities on April 7, 2006;

WHEREAS, a hearing on Defendants' Motion currently is scheduled to occur on June 1, 2006;

WHEREAS, plaintiff Ronald B. McNearney ("Plaintiff") is unable to appear at the June 1, 2006 hearing on the Motion;

WHEREAS, the next available date following June 1, 2006 on which the Motion may be heard and on which both parties will be able to appear is July 20, 2006;

WHEREAS, the parties have agreed to continue the hearing on the Motion from June 1, 2006 to July 20, 2006; and

WHEREAS, this Stipulation is made in good faith, without purposes of delay and good cause exists for the continuance because Plaintiff is unavailable to appear at the June 1, 2006 hearing on the Motion, and a short continuance of this date is necessary to enable both parties to be present at the hearing on the Motion.

**NOW, THEREFORE, PLAINTIFF AND DEFENDANTS, BY AND THROUGH THEIR COUNSEL, HEREBY STIPULATE** that:

1. The hearing on Defendants' Motion to Dismiss shall be continued from June 1, 2006 to and including July 20, 2006, at 11:00 a.m., or such other time as is convenient for the Court.

1  2.    The time for filing Opposition and Reply papers will proceed in the manner set forth in
2  Civil Local Rule 78-230 and shall run from the new hearing date, July 20, 2006.

4  Dated: May ___, 2006                    STROOCK & STROOCK & LAVAN LLP

6                                          By: _____
                                               Andrew W. Moritz

7                                          Attorneys for Defendants

8  Dated: May __, 2006                     RONALD B. McNEARNEY

10                                         By: _____
                                               Ronald B. McNearney
11                                             In Pro Per

12                                  **[PROPOSED] ORDER**

13  **IT IS SO ORDERED.**
    Dated:

                                           _____
                                           The Honorable John F. Moulds
                                           United States Magistrate Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Suite 1800, Los Angeles, California 90067-3086.

On May 16, 2006, I served the foregoing document(s) described as: **STIPULATION AND [PROPOSED] ORDER RE SCHEDULING** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| Plaintiff, In Pro Per | |
|---|---|
| Ronald B. McNearney<br>3069 Alamo Drive, Suite 115<br>Vacaville, CA 95687 | Phone: 707-330-5959<br>Fax: 707-454-0628 |

☐ **(VIA PERSONAL SERVICE)** By causing to be delivered the document(s) listed above to the person(s) at the address(es) set forth above.

☒ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth below.

☒ **(VIA FACSIMILE)** By causing such document to be delivered to the office of the addressee via facsimile.

**(VIA OVERNIGHT DELIVERY)** By causing such envelope to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express or by a similar overnight delivery service.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 16, 2006, at Los Angeles, California.

Juliana Sepko
[Type or Print Name]            [Signature]

50322701v2

- 4 -

PROOF OF SERVICE