STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
ANDREW W. MORITZ (State Bar No. 191889)
A. R. KACHADOORIAN (State Bar No. 240601)
2029 Century Park East, Suite 1800
Los Angeles, California  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
lacalendar@stroock.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD B. MCNEARNEY ) | Case No.  2:06-cv-0576-WBS-PAN (GGH) PS |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CITICORP CREDIT SERVICES, INC. dba ) | **STIPULATION AND ORDER** |
| CITIBANK WEST, CITIBANK CARD, ) | **CONTINUING HEARING DATE ON** |
| CITIGROUP and DOES 1-100, inclusive, ) | **DEFENDANTS' MOTION TO DISMISS** |
| ) | **TO JULY 20, 2006** |
| Defendants. ) | |

### STIPULATION

WHEREAS, this action was removed to the above-captioned Court on March 17, 2006;

WHEREAS, pursuant to a prior stipulation of the parties, Defendants' time to respond to the Complaint was extended to and including April 7, 2006;

WHEREAS, Defendants timely filed a Motion to Dimiss Plaintiff's Complaint (the "Motion") and accompanying Memorandum of Points and Authorities on April 7, 2006;

WHEREAS, a hearing on Defendants' Motion currently is scheduled to occur on June 1, 2006;

WHEREAS, plaintiff Ronald B. McNearney ("Plaintiff") is unable to appear at the June 1, 2006 hearing on the Motion;

WHEREAS, the next available date following June 1, 2006 on which the Motion may be heard and on which both parties will be able to appear is July 20, 2006;

WHEREAS, the parties have agreed to continue the hearing on the Motion from June 1, 2006 to July 20, 2006; and

WHEREAS, this Stipulation is made in good faith, without purposes of delay and good cause exists for the continuance because Plaintiff is unavailable to appear at the June 1, 2006 hearing on the Motion, and a short continuance of this date is necessary to enable both parties to be present at the hearing on the Motion.

**NOW, THEREFORE, PLAINTIFF AND DEFENDANTS, BY AND THROUGH THEIR COUNSEL, HEREBY STIPULATE** that:

1. The hearing on Defendants' Motion to Dismiss shall be continued from June 1, 2006 to and including July 20, 2006, at 11:00 a.m., or such other time as is convenient for the Court.

2. The time for filing Opposition and Reply papers will proceed in the manner set forth in Civil Local Rule 78-230 and shall be based upon the new hearing date, July 20, 2006.

Dated: May ___, 2006          STROOCK & STROOCK & LAVAN LLP
                              By: _____/s/_____
                                   Andrew W. Moritz
                                   Attorneys for Defendants

Dated: May ___, 2006          RONALD B. McNEARNEY
                              By: _____/s/_____
                                   Ronald B. McNearney
                                   In Pro Per

## **ORDER**

The hearing on defendants' motion to dismiss, presently scheduled for June 1, 2006, before Magistrate Judge John F. Moulds, is vacated and rescheduled as set forth below, pursuant to the reassignment of this case to the undersigned magistrate judge. Defendant's motion to dismiss filed April 7, 2006, is hereby rescheduled for hearing before the undersigned on Thursday, July 20, 2006 at 10:00 a.m., in Courtroom #24.

DATED:  5/26/06                                    /s/ Gregory G. Hollows

_____
The Honorable Gregory G. Hollows
United States Magistrate Judge

NOW6: MCNEARNEY.Stip re Sched