1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD B. MCNEARNEY,

    Plaintiff,                                      CIV-S-06-576 WBS EFB PS

    vs.

CITICORP CREDIT SERVICES, INC.,
dba CITIBANK WEST, CITIBANK CARD,
CITIGROUP and DOES 1-100, inclusive,

    Defendants.                               ORDER

_____/

        On July 25, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days.  On August 29, 2006, plaintiff requested more time to file objections.  Defendants filed an objection to that request.  By order filed September 8, 2006, plaintiff was granted an additional ten days to file objections.  That order cautioned plaintiff that no further extensions would be granted.  Plaintiff has failed to file any objections.

        Accordingly, the court presumes any findings of fact are correct.  See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

1

1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations insofar as they deal with plaintiff's federal claim under the Fair Credit Reporting Act (15 U.S.C. § 1681 et seq.). With regard to plaintiffs supplemental state law claims, the court declines to exercise jurisdiction pursuant to 28 U.S.C. § 1367(a) and (c).

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed July 25, 2006, are ADOPTED as modified above;

2. Defendants' motion to dismiss, filed April 7, 2006 and amended April 26, 2006, is granted and plaintiff's complaint is DISMISSED; and

3. Defendants' motion to strike plaintiff's May 16, 2006 "First Joint Status Report" is denied as moot.

DATED:  September 28, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT JUDGE